1016

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN O'NEAL WADE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00547-4, Jill Johanson and Don L. McCulloch, JJ., entered June 30, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ARLEN DUDDLES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05305-1, James R. Orlando, J., entered February 6, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY D. KNOX, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-00055-8, Robert L. Harris, J., entered December 8, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Van Deren, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. STACY LYNNE HOLT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01745-2, Bryan E. Chushcoff, J., entered February 10, 2004. *Remanded* by unpublished opinion per Van Deren, J., concurred in by Houghton and Hunt, JJ.